583 A.2d 315

ABU MUHAMMAD v. ROBERT E. STEPHENS.

January 29, 1990.

Petition for certification denied.

583 A.2d 316

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. J.B.

IN THE MATTER OF J.B., A MINOR.

January 29, 1990.

Leave to appeal granted.

583 A.2d 316

STATE OF NEW JERSEY v. WARREN LEVERETT.

February 6, 1990.

Petition for certification denied.

583 A.2d 316

STATE OF NEW JERSEY v. ROBERT C. TURNER, JR.

February 6, 1990.

Petition for certification denied.